The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-0115TSZ |
| Plaintiff, | |
| v. | ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| MAJOR SINGH DHANOA, | |
| Defendant. | |

This matter having come on before the undersigned court on the Government's Motion to Dismiss without Prejudice, pursuant to F.R.Cr.P. 48, the Court having considered the Motion and files and records, now therefore,

DISMISSES WITHOUT PREJUDICE the above-entitled Indictment as the conduct charged is subsumed into *United States v. Nguyen, Pham et al*, CR04-549.

DATED the 8th day of July, 2005.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

s/ *Jill Otake*
JILL OTAKE
Assistant United States Attorney
WA Bar #28298
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-4254
Fax:              (206) 553-0755
E-mail: Jill.Otake@usdoj.gov

ORDER OF DISMISSAL
DHANOA  - 1
CR05-0115Z

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970